

**A CERTIFIED TRUE COPY**

SEP -1 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
NOV 0 7 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
AUG 16 2006
FILED
CLERK'S OFFICE

06-1488 SC

**DOCKET NO. 1596**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION**

**(SEE ATTACHED SCHEDULE)**

**CONDITIONAL TRANSFER ORDER (CTO-63)**

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 314 F.Supp.2d 1380 (J.P.M.L. 2004). Since that time, 1,148 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP -1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-63 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ~~ALN 2 06-1321~~ | ~~Charles O. Crowder v. Eli Lilly & Co., et al.~~ Opposed 8/28/06 |
| **CALIFORNIA CENTRAL** | |
| CAC 2 06-4323 | William Leggett v. Eli Lilly & Co. |
| CAC 8 06-625 | Corrine Scott v. Eli Lilly & Co., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-658 | Donna Ali v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-1228 | William Houston, Sr. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-1321 | Connie Gotschall v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-1488 | Betty A. Harris v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-1528 | Jean Mitchell v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-1630 | Linda J. Gantt, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-1695 | Patricia Dill v. Eli Lilly & Co. |
| CAN 3 06-1821 | Dawnmarie Burtulato v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-4266 | Linda Johnson v. Eli Lilly & Co., et al. |
| CAN 3 06-4268 | Yesenia Leon v. Eli Lilly & Co., et al. |
| CAN 3 06-4270 | Antonio Pena v. Eli Lilly & Co., et al. |
| CAN 4 06-1380 | Sandra V. Moore v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 4 06-1861 | Pamela J. Lepo, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| **FLORIDA MIDDLE** | |
| FLM 3 06-523 | Gwendolyn Williams, et al. v. Eli Lilly & Co. |
| **IOWA NORTHERN** | |
| IAN 1 06-94 | Janett O'Hara v. Eli Lilly & Co. |
| **INDIANA SOUTHERN** | |
| INS 1 06-1043 | Randall L. Ruark v. Eli Lilly & Co. |
| INS 1 06-1093 | Christine Hughes v. Eli Lilly & Co. |
| **LOUISIANA WESTERN** | |
| LAW 6 06-1191 | Melba H. Caffery v. Eli Lilly & Co. |
| **OHIO SOUTHERN** | |
| OHS 1 06-426 | Terry Depew v. Eli Lilly & Co. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 06-2897 | Georgia Davenport v. Eli Lilly & Co. |
| PAE 2 06-2898 | Tonnie Hill v. Eli Lilly & Co. |
| PAE 2 06-3105 | Catherine L. Roe, et al. v. Eli Lilly & Co. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 2 06-568 | Penelope Rogers v. Eli Lilly & Co. |

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

September 1, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached CTO-63)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>August 16, 2006</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Mecca S. Carter
Mecca S. Carter
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge Jack B. Weinstein
    Transferor Judges:   (See Attached List of Judges)
    Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36

## INVOLVED COUNSEL LIST (CTO-63)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue
27th Floor
New York, NY 10167

Catherine V. Barrad
Sidley, Austin, LLP
555 West 5th Street
Suite 4000
Los Angeles, CA 90013-1010

Eric J. Buhr
Reed Smith, LLP
355 South Grand Ave
Suite 2900
Los Angeles, CA 90071

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Jan M. Carroll
Barnes & Thornburg, LLP
11 S. Meridian Street
Suite 1313
Indianapolis, IN 46204

Emily Charley
Levin Simes Kaiser & Gornick, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

David J. Cutshaw
Cohen & Malad, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94612-3572

Kenneth W. DeJean
Office of Kenneth W. DeJean
417 W. University Avenue
P.O. Box 4325
Lafayette, LA 70502

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Lawrence J. Gornick
Levin Simes Kaiser & Gornick, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Nina M. Gussack
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Debra Lynne Hulett
Nyemaster, Goode, West, Hansell, & O'Brien, PC
700 Walnut Street
Suite 1600
Des Moines, IA 50309

Kenneth J. Ignozzi
Dyer, Garofalo, Mann & Schultz
131 North Ludlow Street
Suite 1400
Dayton, OH 45402-1110

Jeffrey A. Kaiser
Levin Simes Kaiser & Gornick, LLP
One Bush Street
14th Floor
San Francisco, CA 94104

Jamie Kendall
Price, Waicukauski & Riley, LLC
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Don K. Ledgard
Capretz & Associates
West Tower
5000 Birch Street
Suite 2500
Newport Beach, CA 92660-2151

Scott D. Levensten
Levensten Law Firm
1325 Spruce Street
Philadelphia, PA 19107

Alan Daniel Mathis
Johnston, Barton, Proctor
& Powell, LLP
AmSouth/Harbert Plaza
1901 6th Avenue North
Suite 2900
Birmingham, AL 35203-2618

INVOLVED COUNSEL LIST (CTO-63) MDL-1596                                               PAGE 2 OF 2

Phillip H. Myers
Myers, Myers & Danks
201 W. Monroe Street
P.O. Box C
Pleasantville, IA 50225

James Mark Neudecker
Reed Smith, LLP
P.O. Box 2084
1999 Harrison Street, Suite 2400
Oakland, CA 94604-2084

Christopher M. O'Neal
Parks & Crump, L.L.C.
240 North Magnolia Drive
Tallahassee, FL 32301

Robert L. Salim
1762 Texas Street
P.O. Box 2069
Natchitoches, LA 71457-2069

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102-4573

W. Roger Smith, III
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Timothy J. Swift
Munoz & Swift
315 W. 3rd Street
Santa Ana, CA 92701-5291

Michael B. Victorson
Jackson & Kelly
P.O. Box 553
Charleston, WV 25322-0553

Robin G. Weaver
Squire, Sanders & Dempsey, L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

James M. Wood
Reed Smith, LLP
1999 Harrison Street
22nd Floor
Oakland, CA 94612-3572

Frank Woodson
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

## INVOLVED JUDGES LIST (CTO-63)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

~~Hon. William M. Acker, Jr.~~
~~Senior U.S. District Judge~~
~~481 Hugo L. Black U.S. Courthouse~~
~~1729 5th Avenue, North~~
~~Birmingham, AL 35203-0065~~

Hon. Henry Lee Adams, Jr.
U.S. District Judge
United States District Court
11-200 U.S. Courthouse
300 N. Hogan Street
Jacksonville, FL 32202-4204

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
390-C Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5217

Hon. Cormac J. Carney
U.S. District Judge
1053 Ronald Regan Federal Building
& U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Audrey B. Collins
U.S. District Judge
670 Edward R. Roybal
Federal Building & U.S. Courthouse
255 East Temple Street
Los Angeles, CA 90012-3332

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Paul S. Diamond
U.S. District Judge
United States District Court
17613 James A. Byrne U. S.
Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Joseph R. Goodwin
U.S. District Judge
U.S. District Court
P.O. Box 2546
Charleston, WV 25329-2546

Hon. Richard T. Haik, Sr.
Chief Judge, U.S. District Court
4200 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Larry J. McKinney
Chief Judge, U.S. District Court
204 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Linda R. Reade
U.S. District Judge
304 Federal Building
& U.S. Courthouse
101 First Street, S.E.
Cedar Rapids, IA 52401-1202

Hon. Cynthia M. Rufe
U.S. District Judge
United States District Court
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. Herman J. Weber
Senior U.S. District Judge
801 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5217

Hon. William H. Yohn, Jr.
Senior U.S. District Judge
14613 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1753

## INVOLVED CLERKS LIST (CTO-63)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

James D. Hodges, Jr., Clerk
101 First Street S.E.
Cedar Rapids, IA 52401

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

~~Perry D. Mathis, Clerk~~
~~140 Hugo L. Black U.S. Courthouse~~
~~1729 5th Avenue North~~
~~Birmingham, AL 35203~~

Richard W. Wieking, Clerk
400-S Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert H. Shemwell, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sherri R. Carter, Clerk
Ronald Reagan Federal Building & U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Sheryl L. Loesch, Clerk
U.S. District Court
311 West Monroe Street
Jacksonville, FL 32201

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546

**SCHEDULE CTO-63 - TAG-ALONG ACTIONS**
**DOCKET NO. 1596**
**IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION**

<u>DIST. DIV. C.A. #</u>  <u>CASE CAPTION</u>

**ALABAMA NORTHERN**
~~ALN 2 06-1321~~  ~~Charles O. Crowder v. Eli Lilly & Co., et al.~~ Opposed 8/28/06

**CALIFORNIA CENTRAL**
CAC 2 06-4323  William Leggett v. Eli Lilly & Co. 06-CV-5115
CAC 8 06-625  Corrine Scott v. Eli Lilly & Co., et al. 06-5116

**CALIFORNIA NORTHERN**
CAN 3 06-658  Donna Ali v. AstraZeneca Pharmaceuticals, LP, et al. 06-5117
CAN 3 06-1228  William Houston, Sr. v. AstraZeneca Pharmaceuticals, LP, et al. 06-5135
CAN 3 06-1321  Connie Gotschall v. AstraZeneca Pharmaceuticals, LP, et al. 06-5137
CAN 3 06-1488  Betty A. Harris v. AstraZeneca Pharmaceuticals, LP, et al. 06-5138
CAN 3 06-1528  Jean Mitchell v. AstraZeneca Pharmaceuticals, LP, et al. 06-5142
CAN 3 06-1630  Linda J. Gantt, et al. v. AstraZeneca Pharmaceuticals, LP, et al. 06-5143
CAN 3 06-1695  Patricia Dill v. Eli Lilly & Co. 06-5144
CAN 3 06-1821  Dawnmarie Burtulato v. AstraZeneca Pharmaceuticals, LP, et al. 06-5145
CAN 3 06-4266  Linda Johnson v. Eli Lilly & Co., et al. 06-5146
CAN 3 06-4268  Yesenia Leon v. Eli Lilly & Co., et al. 06-5147
CAN 3 06-4270  Antonio Pena v. Eli Lilly & Co., et al. 06-5148
CAN 4 06-1380  Sandra V. Moore v. AstraZeneca Pharmaceuticals, LP, et al. 06-5149
CAN 4 06-1861  Pamela J. Lepo, et al. v. AstraZeneca Pharmaceuticals, LP, et al. 06-5150

**FLORIDA MIDDLE**
FLM 3 06-523  Gwendolyn Williams, et al. v. Eli Lilly & Co. 06-5151

**IOWA NORTHERN**
IAN 1 06-94  Janett O'Hara v. Eli Lilly & Co. 06-5152

**INDIANA SOUTHERN**
INS 1 06-1043  Randall L. Ruark v. Eli Lilly & Co. 06-5153
INS 1 06-1093  Christine Hughes v. Eli Lilly & Co. 06-5154

**LOUISIANA WESTERN**
LAW 6 06-1191  Melba H. Caffery v. Eli Lilly & Co. 06-5156

**OHIO SOUTHERN**
OHS 1 06-426  Terry Depew v. Eli Lilly & Co. 06-5158

**PENNSYLVANIA EASTERN**
PAE 2 06-2897  Georgia Davenport v. Eli Lilly & Co. 06-5159
PAE 2 06-2898  Tonnie Hill v. Eli Lilly & Co. 06-5160
PAE 2 06-3105  Catherine L. Roe, et al. v. Eli Lilly & Co. 06-5161

**WEST VIRGINIA SOUTHERN**
WVS 2 06-568  Penelope Rogers v. Eli Lilly & Co. 06-5162